UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON GOLDSTEIN | : CIVIL NO. |
| Plaintiff | : |
| v. | : |
| COSTCO WHOLESALE CORPORATION | : |
| Defendant | : OCTOBER 8, 2020 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1336 and 28 U.S.C. §1446, the defendant, Costco Wholesale Corporation hereby submits this notice of removal of the above lawsuit filed in the Superior Court of Connecticut for the Judicial District of New Britain at New Britain with a Return Date of October 20, 2020 to the United States District Court for the District of Connecticut.

The basis for such removal is diversity jurisdiction pursuant to 28 U.S.C. §1332 as the plaintiff is a citizen of Connecticut and the defendant is a corporation with a principal place of business in Issaquah, WA. The State Court Complaint does not specify the amount of alleged damages other than to allege that such damages exceed the jurisdictional minimum of the Superior Court of fifteen thousand dollars.  However, while the defendant denies plaintiff's claims of injuries, plaintiff alleges permanent bodily injuries, the value of which may exceed

$75,000.00. A copy of the Summons and Complaint filed in New Britain Superior Court is attached hereto as Exhibit "A".

Costco Wholesale Corporation has, as of this date, notified the Connecticut Superior Court of the filing of this Notice of Removal. A copy of the Notice of Removal filed in the Connecticut Superior Court (without exhibit) is attached hereto as Exhibit "B".

Pursuant to the Standing Order on removed cases, a Statement of Removed Case and a Notice of Pending Motions are being filed simultaneously herewith.

Finally, the defendant submits the Civil Cover Sheet attached hereto as Exhibit "C".

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

/s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON GOLDSTEIN | : CIVIL NO. |
| Plaintiff | : |
| v. | : |
| COSTCO WHOLESALE CORPORATION | : |
| Defendant | : OCTOBER 8, 2020 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2020 a copy of the defendant's Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

/s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-20
C.G.S §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

Instructions are on page 2.

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT **SUPERIOR COURT** www.jud.ct.gov |

[ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

[x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

[ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 20 Franklin Square, New Britain, CT 06051 | (860) 515 - 5080 | 10/20/2020 |

| [x] Judicial District   G.A. [ ] Housing Session   [ ] Number: | At (City/Town) New Britain | Case type code (See list on page 2) Major: T   Minor: 11 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Billings, Barrett & Bowman, LLC - 3651 Main Street, Suite 200, Stratford, CT 06614 | 433193 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (203) 562 - 0900 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   [x] Yes   [ ] No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): filing@bbbattorneys.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Goldstein, Sharon  Address: 423 Hemlock Road, Fairfield, CT 06824 | P-01 |
| Additional plaintiff | Name: Address: | P-02 |
| First defendant | Name: Costco Wholesale Corporation  Address: Agent For Service: C T Corporation System, 67 Burnside Avenue, Hartford, CT 06108 | D-01 |
| Additional defendant | Name: Address: | D-02 |
| Additional defendant | Name: Address: | D-03 |
| Additional defendant | Name: Address: | D-04 |

Total number of plaintiffs: 1     Total number of defendants: 1     [ ] Form JD-CV-2 attached for additional parties

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date 9/10/2020 | Signed (Sign and select proper box) | [x] Commissioner of Superior Court  [ ] Clerk | Name of person signing Erandi Reiland |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |

Page 1 of 2



| | | |
|---|---|---|
| RETURN DATE: OCTOBER 20, 2020 | : | SUPERIOR COURT |
| SHARON GOLDSTEIN | : | J.D. OF NEW BRITAIN |
| VS. | : | AT NEW BRITAIN |
| COSTCO WHOLESALE CORPORATION | : | SEPTEMBER 10, 2020 |

## COMPLAINT

1. At all times relevant hereto, the plaintiff Sharon Goldstein was a resident of Fairfield, Connecticut.

2. At all times relevant hereto, the defendant, Costco Wholesale Corporation, was a corporation organized under the laws of the State of Washington, authorized to do business in the State of Connecticut.

3. At all times relevant hereto, the Defendant owned, possessed and/or controlled the property known as Costco Wholesale Store located at 405 Hartford Road, New Britain, Connecticut ("the Premises").

4. At all times relevant hereto, the Defendant was responsible for the maintenance and inspection of the Premises, including but not limited to, all walkways, parking areas and sidewalks, in order to maintain the Premises in a reasonably safe condition for business invitees and other persons lawfully there on, including the plaintiff.

BILLINGS, BARRETT
& BOWMAN, LLC

3651 MAIN STREET
SUITE 200
STRATFORD, CT
06614

970 FARMINGTON AVE.
SUITE 304
WEST HARTFORD, CT
06107

O 203 562 0900
F 203 562 0902
BBBATTORNEYS.COM

1



5. Prior to March 6, 2019, precipitation in the form of snow and/or ice had fallen in New Britain, Connecticut, including the location of the Premises, with all precipitation stopping on or before March 4, 2019.

6. On March 6, 2019, at approximately 10:00 a.m., the plaintiff, Sharing Goldstein, was a business invitee on the Premises, with the intent of shopping at said store.

7. On said date and time, the plaintiff arrived on the Premises and parked her vehicle in the parking lot.

8. On said date and time, the plaintiff began to exit her vehicle and was caused to slip and fall on black ice which was there and then existing, thereby sustaining the injuries and damages hereinafter set forth.

9. The plaintiff's fall and the resulting injuries, losses and damages, were caused by the negligence and carelessness of the defendant in one or more of the following ways, in that the defendant:

   a. failed to have snow and/or ice removed the parking lot area of the Premises, despite the fact that it knew, or should have known, that snow and ice had accumulated in that area, creating a danger for pedestrians, including the plaintiff;

   b. violated ASTM Designation F1637-19, Standard Practice for Safe Walking Surfaces, including but not limited to taking all appropriate measures to render the walking surfaces on the Premises slip resistant, when it knew or should have known, that we and icy environmental conditions were foreseeable;

   c. allowed its representatives, agents, contractors, servants and/or employees to leave snow and/or ice on the parking lot and the surrounding areas that, when melting, would result in water run off which would then refreeze, creating hazardous conditions for pedestrians, including the plaintiff;

BILLINGS, BARRETT
& BOWMAN, LLC

3651 MAIN STREET
SUITE 200
STRATFORD, CT
06614

970 FARMINGTON AVE.
SUITE 304
WEST HARTFORD, CT
06107

O  203 562 0900
F  203 562 0902
BBBATTORNEYS.COM

2



d. knew or in the exercise of reasonable care should have known, that the snow and/or ice conditions on the parking lot, walkways, and surrounding areas had existed for a substantial period of time, posing a danger to pedestrians, and yet failed to remedy and correct the same;

e. failed to give the plaintiff any warning of said dangerous condition although it knew or in the exercise of reasonable care should have known, that the area where the plaintiff fell was dangerous and hazardous to persons walking on it by reason of an accumulation of snow and/or ice;

f. failed to adequately inspect said area to ascertain and remedy the dangerous condition therein;

g. failed to discover or remedy the dangerous condition of the walkways, parking areas, and sidewalks, including the area where the plaintiff fell when it knew, or should have known, of its existence;

h. failed to salt and/or sand and or provide another appropriate preventative substance to the ground, including the snow and/or ice, so as to render it safe and passable;

i. failed to order and/or cause salt and/or sand and/or another appropriate preventative substance to the ground, including the snow and/or ice, so as to render it safe and passable;

j. failed to property and adequately clear and/or remove snow and/or ice from the parking lot and surrounding areas so that pedestrians, including the plaintiff, could safely access the store;

k. failed to respond adequately and promptly after an accumulation of snow and/or ice on the walkways, parking, and surrounding areas to prevent injury to pedestrians, including the plaintiff;

l. failed to place cones, barriers, barricades, signs or other devices in the area where the plaintiff fell to warn of the presence of snow and/or ice;

m. failed to retain experienced snow and/or ice removal contractors to perform prompt and adequate snow and/or ice removal from the walkways, parking, and surrounding areas;

n. failed to alert snow removal contractors to perform prompt and adequate snow and/or ice removal after a storm;

BILLINGS, BARRETT
& BOWMAN, LLC

3651 MAIN STREET
SUITE 200
STRATFORD, CT
06614

970 FARMINGTON AVE.
SUITE 304
WEST HARTFORD, CT
06107

O 203 562 0900
F 203 562 0902
BBBATTORNEYS.COM



o. failed to supervise and/or property supervise the snow removal contractors and/or workers it retained, if any, to ensure that they cleared the walkways, parking, and surrounding areas of snow and/or ice;

p. failed to verbally warn pedestrians of the unsafe condition of the walkways, parking, and surrounding areas due to snow and/or ice accumulation, and;

q. failed to provide a safe and reasonable route of access for pedestrians, including the plaintiff, to reach the front door of the store.

10. As a direct and proximate result of the incident and the negligence of the defendant, the plaintiff sustained injuries to her entire body, including but not limited to:

   a. Intra-articular distal radial fracture on her left wrist;

   b. Weakness and inability to use her left hand;

   c. Radiating pain into left shoulder and forearm.

11. To treat these injuries and conditions, the plaintiff required physician care, x-rays, orthopedic care, and occupational therapy. She also required various medications for her pain and discomfort. It is likely that the plaintiff's injuries are permanent in nature and will be the source of continuing pain and disability. In addition, she suffered, and will in the future continue to suffer, great physical and mental pain, including fear of future disability, and has been and will in the future be unable to participate in many of the activities in which she engaged prior to said accident. She will require future medical treatment.

12. By further reason of the negligence and carelessness of the defendant as aforesaid, the plaintiff was required to spend substantial sums of money for the

BILLINGS, BARRETT
& BOWMAN, LLC

3651 MAIN STREET
SUITE 200
STRATFORD, CT
06614

970 FARMINGTON AVE.
SUITE 304
WEST HARTFORD, CT
06107

O 203 562 0900
F 203 562 0902
BBBATTORNEYS.COM



medical care due to these injuries and damages and will be required to do so in the future.

BILLINGS, BARRETT
& BOWMAN, LLC

3651 MAIN STREET
SUITE 200
STRATFORD, CT
06614

970 FARMINGTON AVE.
SUITE 304
WEST HARTFORD, CT
06107

O 203 562 0900
F 203 562 0902
BBBATTORNEYS.COM



**WHEREFORE**, the plaintiffs claim:

1. Fair, just and reasonable damages;
2. Monetary relief;
3. Costs; and
4. Such other further and different relief as this Court may deem appropriate.

Respectfully submitted,
THE PLAINTIFF

BY: _____
ERANDI REILAND, ESQ.
PETER BILLINGS, ESQ.
BILLINGS, BARRETT & BOWMAN, LLC
3651 MAIN STREET, SUITE 200
STRATFORD, CT 06614
T: (203) 562-0900
F: (203) 562-0902
E: FILING@BBBATTORNEYS.COM
FIRM JURIS: 433193

**BILLINGS, BARRETT & BOWMAN, LLC**

3651 MAIN STREET
SUITE 200
STRATFORD, CT
06614

970 FARMINGTON AVE.
SUITE 304
WEST HARTFORD, CT
06107

O  203 562 0900
F  203 562 0902
BBBATTORNEYS.COM



| | | |
|---|---|---|
| RETURN DATE: OCTOBER 20, 2020 | : | SUPERIOR COURT |
| SHARON GOLDSTEIN | : | J.D. OF NEW BRITAIN |
| VS. | : | AT NEW BRITAIN |
| COSTCO WHOLESALE CORPORATION | : | SEPTEMBER 10, 2020 |

### STATEMENT OF AMOUNT IN DEMAND

Amount, legal interests and property in demand, exclusive of interest and costs, is Fifteen Thousand and 00/100 Dollars ($15,000.00) or more.

THE PLAINTIFF

BY _____

Erandi Reiland
Peter Billings
Billings, Barrett & Bowman, LLC

**BILLINGS, BARRETT & BOWMAN, LLC**

3651 MAIN STREET
SUITE 200
STRATFORD, CT
06614

970 FARMINGTON AVE.
SUITE 304
WEST HARTFORD, CT
06107

O 203 562 0900
F 203 562 0902
BBBATTORNEYS.COM

7

# EXHIBIT B

| | | |
|---|---|---|
| DOCKET NO. HHB-CV20-6061978-S | : | SUPERIOR COURT |
| SHARON GOLDSTEIN | : | J.D. OF NEW BRITAIN |
| VS. | : | AT NEW BRITAIN |
| COSTCO WHOLESALE CORPORATION | : | OCTOBER 8, 2020 |

## NOTICE OF REMOVAL

The defendant, Costco Wholesale Corporation hereby gives notice that it has removed this action to Federal Court. A copy of said removal (without exhibits) is attached hereto as Exhibit "A".

                        THE DEFENDANT,
                        COSTCO WHOLESALE CORPORATION

                        _____/s/400462_____
                        Miles N. Esty, Esq.
                        Esty & Buckmir, LLC
                        2340 Whitney Avenue
                        Hamden, CT 06518
                        Tel. No. 203-248-5678
                        Juris No. 415435

ESTY & BUCKMIR, LLC
2340 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678   Juris No. 415435

## CERTIFICATE OF SERVICE

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on this date to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:

BBB Attorneys, LLC
3651 Main Street, Suite 200
Stratford, CT 06614

                                          /s/400462
                                      Miles N. Esty, Esq.
                                      Commissioner of the Superior Court

ESTY & BUCKMIR, LLC    2340 Whitney Avenue    Hamden, Connecticut 06518    Tel. (203) 248-5678    Juris No. 415435

# EXHIBIT C

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Sharon Goldstein

**DEFENDANTS**
Costco Wholesale Corporation

**(b)** County of Residence of First Listed Plaintiff: Fairfield
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Erandi Reiland, Esq., Billings, Barrett & Bowman, LLC, 3651 Main Street, Suite 200, Stratford, CT 06614, 203-562-0900

Attorneys *(If Known)*
Miles Esty, Esq., Esty & Buckmir, LLC, 2340 Whitney Avenue, Hamden, CT 06518, 203-248-5678

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332
Brief description of cause:
Alleged premises liability resulting in alleged personal injury

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 10/08/2020
SIGNATURE OF ATTORNEY OF RECORD: /s/ Miles N. Esty

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____