UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON GOLDSTEIN | : | CIVIL NO. 3:20-CV-01532 |
| Plaintiff | : | |
| v. | : | |
| COSTCO WHOLESALE CORPORATION | : | |
| Defendant | : | OCTOBER 15, 2020 |

## **MOTION FOR REMAND**

The defendant hereby moves to remand this action. On October 8, 2020 the defendant removed this action pursuant to diversity jurisdiction and 28 USC §1332. The case had been filed in New Britain Superior Court and assigned docket no. HHB-CV20-6061978. However, the parties have reached and executed a Stipulation that plaintiff's damages do not exceed, and plaintiff will not seek to recover damages, in excess of $75,000 exclusive of interest and costs. A copy of the Stipulation is attached as Exhibit "A". Defense counsel has communicated with plaintiff's counsel who consents to the granting of this motion.

Based on the foregoing, the defendant respectfully moves that this case be remanded to New Britain Superior Court.

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION
_____/s/ Miles Esty_____
Miles Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON GOLDSTEIN | : | CIVIL NO. 3:20-CV-01532 |
| Plaintiff | : | |
| v. | : | |
| COSTCO WHOLESALE CORPORATION | : | |
| Defendant | : | OCTOBER 15, 2020 |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 15, 2020 a copy of the defendant's Motion for Remand was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                       THE DEFENDANT,
                                       COSTCO WHOLESALE CORPORATION

                                        /s/ Miles Esty
                                      Miles Esty, Esq.
                                      Esty & Buckmir, LLC
                                      2340 Whitney Avenue
                                      Hamden, CT 06518
                                      Tel: (203) 248-5678
                                      Fax: (203) 288-9974
                                      E-Mail: mesty@estyandbuckmir.com
                                      Fed Bar No. CT#: 08867